## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| COURTESY PRODUCTS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Court No. 20-1961 |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| OFFICE OF THE UNITED STATES TRADE | : | |
| REPRESENTATIVE; U.S. CUSTOMS & | : | |
| BORDER PROTECTION, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE TO WITHDRAW BRIAN MCGRATH

**PLEASE TAKE NOTICE** that, Brian McGrath has left the employment of Crowell & Moring LLP. Accordingly, please remove Brian McGrath from the list of counsel from Crowell & Moring LLP representing plaintiff in this proceeding.

Respectfully submitted,

*/s/ Weronika Bukowski*
Weronika Bukowski

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 530-1930
Email: wbukowski@crowell.com

Dated:  February 5, 2024                                           *Counsel for Plaintiff*